DocuSign Envelope ID: DC6D6921-CE42-4A9C-9A4B-1705E10EF0A6

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

    Plaintiffs,

v.

MILLY LLC,

    Defendant.

ECF CASE

Case No.: 1:18-cv-09371-AT

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: May 2, 2019
New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Ave., Fifth Floor
New York, NY 10017-6705
doug@lipskylowe.com
212-392-4772
*Attorneys for Plaintiff*

Dated: June 4, 2019
Woodbury, New York

_____
Christopher H. Harvey, Esq.
MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
charvey@milbermakris.com
516.712.4000 ext. 1185
*Attorneys for Defendant*

GRANTED.

SO ORDERED.

Dated: June 5, 2019
    New York, New York

_____
ANALISA TORRES
United States District Judge